

**FILED**

6/11/2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRENDA PARKER,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No.  20-597 (UNA)
                                        )
JOHN NGUYEN *et al.*,                   )
                                        )
            Defendants.                 )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a motion, ECF No. 5, which the Court has liberally construed as brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure for relief from the dismissal order entered on March 9, 2020, ECF No. 4.  This case was dismissed on the jurisdictional ground that this Court cannot review the decisions of its sister court in Indiana. *See* Mem. Op., ECF No. 3.  The instant motion in no way suggests a cure for the jurisdictional defect.  Therefore, plaintiff's motion will be denied by separate order.

                                  SIGNED:     EMMET G. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE
DATE: June 11, 2020